# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In re  G&S Livingston Realty, Inc.                ,
               Debtor

Case No. _____

Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Township of Livingston<br>357 South Livingston Ave.<br>Livingston, NJ 07039 | | | | 70.69 |
| Verizon<br>P.O. Box 4833<br>Trenton, NJ 08650 | | | | 289.79 |
| Corporate Services Company<br>P.O. Box 13397<br>Philadelphia, PA 19101-3397 | | | | 381.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Rotwein & Blake, Assoc. Architects, P.A. 16 Microlab Road Livingston, NJ 07039 | | | | 900.00 |
| Hamal Associates, Inc. 615 W. Mount Pleasant Ave. # 5 Livingston, NJ 07039-1620 | | | | 1,572.50 |
| Around the Clock Sweeping P.O. Box 22 Parsippany, NJ 07054 | | | | 2,618.68 |
| Casey & Keller, Inc. 258 Main Street Millburn, NJ 07041-1125 | | | | 3,840.00 |
| Jersey Central Power & Light P.O. Box 3687 Akron, Ohio 44309-3687 | | | | 4,219.17 |
| Essex Design Contractors, Inc. 26 Eisenhower Parkway Roseland, NJ 07068 | | | | 4,280.00 |
| Jersey City Associates, Inc. 211 East 43rd Street New York, NY 10017 | | | | 12,000.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Reed Smith LLP<br>599 Lexington Avenue<br>22nd Floor<br>New York, NY 10022 | | | | 61,993.60 |
| Farmingdale Maintenance Service, Inc.<br>P.O. Box 521<br>Rye, NY 10580 | | | | 283,867.74 |
| Willow Park Enterprises, Inc.<br>211 East 43rd Street<br>New York, NY 10017 | | | | 327,688.69 |
| CVS Pharmacy, Inc.<br>C/O Jason St. John, Esq.<br>Saul Ewing LLP<br>500 East Pratt Street<br>Baltimore, MD 21202-3133 | | | Contingent<br>Unliquidated<br>Disputed | 807,500.04 |
| G&S Investors, Inc.<br>211 East 43rd Street<br>New York, NY 10017 | | | | 1,036,879.54 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 30742-302Y-07210

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  7/20/11

Signature  /s/ Gregg Wasser
GREGG WASSER,
President