# Exhibit B

(Financial Statements)

## G&S Livingston Realty Inc.
Balance Sheet Year to Date 2011 (Unaudited)
As of June 23, 2011

### Current Assets

| | |
|---|---:|
| **Cash Accounts** | |
| Checking Account Bank of America | 1,515.37 |
| Checking Account Bank of Smithtown | 11.12 |
| | 1,526.49 |
| **Receivables** | |
| Rent Receivables | - |
| | - |

### Fixed Assets

| | |
|---|---:|
| Land | 3,444,438.00 |
| Building & Improvements | 13,059,449.92 |
| Less Accumulated Depreciation | (4,345,685.18) |
| | 12,158,202.74 |

### Assets Other

| | |
|---|---:|
| Loan - Shareholders | 10,235,484.39 |
| Deferred Expenses - Net of Amortization | 2,335,245.63 |
| Prepaid Expenses | 125,686.36 |
| Deposits - Utilities | 4,190.00 |
| | 12,700,606.38 |

| | |
|---|---:|
| **Total Assets** | 24,860,335.61 |

### Current Liabilities

| | |
|---|---:|
| Accounts Payable | 61,949.12 |
| Accrued Interest & Fees | 6,844,102.17 |
| | 6,906,051.29 |

### Long Term Liabilities

| | |
|---|---:|
| Mortgage Payable | 28,125,000.00 |
| | 28,125,000.00 |

### Other Liabilities

| | |
|---|---:|
| Loan - Due G&S Investors | 1,036,879.54 |
| Payable - Affiliate Farming Maintenance | 283,867.74 |
| Payable - Affiliate Willow Park Enterprises | 327,688.69 |
| Loan - Due Jersey City Associates | 12,000.00 |
| | 1,660,435.97 |

| | |
|---|---:|
| **Total Liabilities** | 36,691,487.26 |

### Shareholders Equity

| | |
|---|---:|
| Capital Contributions | 1,401,500.00 |
| Deficit Beginning of Year | (11,073,848.61) |
| Net Income (Loss) | (2,158,803.04) |
| | (11,831,151.65) |

| | |
|---|---:|
| **Total Liabilities & Equity** | 24,860,335.61 |
| | - |

## G&S Livingston Realty Inc.

Income Statement Year to Date 2011 (Unaudited)
As of June 23, 2011

**Income**

| | | |
|---|---|---:|
| | Rental Income | - |
| | Other Income | |
| | Insurance Payment - Claim | 15,000.00 |
| | | 15,000.00 |
| Total Income | | 15,000.00 |

**Expenses**

| | | |
|---|---|---:|
| | SWEEPING & Landscaping | 7,219.68 |
| | SNOW PLOWING | 1,500.00 |
| | WATER | 71.81 |
| | REPAIRS & MAINTENANCE | 1,342.97 |
| | Tele-Alarm /Fire | 2,312.48 |
| | ACCOUNTING FEES | 9,000.00 |
| | LEGAL | 170,108.56 |
| | OTHER PROFESSIONAL FEES | 33,591.50 |
| | OFFICE EXPENSE | 431.00 |
| | ELECTRICITY | 26,494.34 |
| | GAS | 11,213.02 |
| | REAL ESTATE TAXES | 415,128.28 |
| | Misc Expense | 13,724.18 |
| | Prior Yr Expense Ajustmt | (4,500.00) |
| | Mortgage Interest | 725,867.20 |
| | Misc Interest | 710,937.32 |
| | Mortgage Late Fee | 47,255.70 |
| | STATE AND FEDERAL TAXES | 2,105.00 |
| Total Expenses | | 2,173,803.04 |
| Net Income (Loss) | | (2,158,803.04) |

## G & S LIVINGSTON REALTY INC.
### BALANCE SHEET
### DECEMBER 25, 2010 AND 2009

### ASSETS

|  | 2010 | 2009 |
|---|---:|---:|
| **Current Assets** | | |
| Cash in Bank | $ 1,160 | $ 2,034 |
| Escrow Deposits | 13,391 | 868,952 |
| Rent Receivable | -0- | 59,981 |
| Other Receivables | -0- | 87,311 |
| Prepaid Expenses | 13,366 | -0- |
| **Total Current Assets** | 27,917 | 1,018,278 |
| **Fixed Assets** | | |
| Land | 3,444,438 | 3,444,438 |
| Building & Improvements | 13,059,450 | 13,059,450 |
|  | 16,503,888 | 16,503,888 |
| Less: Accumulated Depreciation | 4,345,685 | 4,010,828 |
| **Total Fixed Assets** | 12,158,203 | 12,493,060 |
| **OTHER ASSETS** | | |
| Prepaid Expenses | 125,686 | 160,099 |
| Loan - Shareholders | 10,235,484 | 9,815,031 |
| Deferred Costs - Net of Amortization | 2,321,880 | 2,564,164 |
| Security Deposits - Utilities | 3,800 | 1,530 |
| **Total Other Assets** | 12,686,850 | 12,540,824 |
| **TOTAL ASSETS** | $ 24,872,970 | $26,052,162 |

This statement was prepared for management use only.

KOSHERS & COMPANY, LLC - CERTIFIED PUBLIC ACCOUNTANTS

## G & S LIVINGSTON REALTY INC.
## BALANCE SHEET
## DECEMBER 25, 2010 AND 2009

### LIABILITIES & CAPITAL

|  | 2010 | 2009 |
|---|---|---|
| **CURRENT LIABILITIES** | | |
| Accounts Payable And Accrued Interest | $ 6,145,607 | $ 1,171,127 |
| Mortgage Payable - Current | -0- | -0- |
| **TOTAL CURRENT LIABILITIES** | 6,145,607 | 1,171,127 |
| **Long Term Liabilities** | | |
| Mortgage Payable - Noncurrent | 28,125,000 | 28,125,000 |
| Loans - Other | 1,089,809 | 945,514 |
| **Total Long Term Liabilities** | 29,214,809 | 29,070,514 |
| **TOTAL LIABILITIES** | 35,360,416 | 30,241,641 |
| **SHAREHOLDERS' EQUITY** | | |
| Capital Contributions | 350,000 | 350,000 |
| Deficit - Beginning of Year | (4,539,479) | (3,088,790) |
| Add: Additional Capital Contributions | 236,400 | -0- |
| Less: Distributions To Stockholders | -0- | (75,000) |
| Add: Net Income\(Loss) | (6,534,367) | (1,375,689) |
| **TOTAL SHAREHOLDERS' EQUITY** | (10,487,446) | (4,189,479) |
| **TOTAL LIABILITIES & SHAREHOLDERS' EQUITY** | $ 24,872,970 | $ 26,052,162 |

This statement was prepared for management use only.

KOSHERS & COMPANY, LLC - CERTIFIED PUBLIC ACCOUNTANTS

## G & S LIVINGSTON REALTY INC.
## STATEMENT OF INCOME
## FOR THE YEARS ENDED
## DECEMBER 25, 2010 AND 2009

|  | 2010 | 2009 |
|---|---:|---:|
| **INCOME** | | |
| Rental Income | $ 14,112 | $ 1,423,475 |
| Real Estate Taxes | -0- | 500,420 |
| Common Area Income | -0- | 205,944 |
| Other Income | -0- | 15,836 |
| Total Income | 14,112 | 2,145,675 |
| **EXPENSES** | | |
| Sweeping | 10,272 | 28,569 |
| Snow Plowing | 56,000 | 117,478 |
| Management Fees | 108,846 | 103,493 |
| Repairs, Maintenance & Cleaning | 7,321 | 49,791 |
| Utilities, Water and Sewer | 49,411 | 62,574 |
| Insurance | 99,929 | 66,040 |
| Real Estate Taxes | 830,182 | 799,133 |
| Mortgage Interest | 1,456,137 | 1,464,113 |
| Other Interest and Charges | 2,842,511 | 115,407 |
| Miscellaneous Taxes & Fees | 2,786 | 3,072 |
| Legal and Other Professional Fees | 416,747 | 71,326 |
| Commissions | 35,413 | 42,913 |
| Bank Fees & Other Expenses | 36,783 | 2,314 |
| Accounting Fees | 18,000 | 18,000 |
| Advertising and Donations | 1,000 | -0- |
| TOTAL EXPENSES | 5,971,338 | 2,944,223 |
| Income Before Non Cash Expenses | (5,957,226) | (798,548) |
| Less: | | |
| Depreciation | 334,857 | 334,857 |
| Amortization -Deferred Costs | 242,284 | 242,284 |
| **NET INCOME** | $(6,534,367) | $(1,375,689) |

This statement was prepared for management use only.

KOSHERS & COMPANY, LLC - CERTIFIED PUBLIC ACCOUNTANTS