UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**CONNELL FOLEY LLP**
Stephen V. Falanga (SF-6414)
Philip W. Allogramento III (PA-7796)
85 Livingston Avenue
Roseland, NJ 07068
Tel: (973) 535-0500
Fax: (973) 535-9217
*Proposed Counsel to Debtor and Debtor in Possession*

In re:

G&S LIVINGSTON REALTY, INC.,

                    Debtor.

Chapter 11

Bankr. Case No.: 11-31751

FILED
JAMES J. WALDRON, CLERK

JUL 22 2011

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO SHORTEN NOTICE ON DEBTOR'S MOTION FOR AN ORDER (I) SCHEDULING COMBINED HEARING ON ADEQUACY OF DISCLOSURE STATEMENT AND PREPETITION SOLICITATION PROCEDURES AND CONFIRMATION OF PLAN, (II) ESTABLISHING PROCEDURES FOR OBJECTING TO DISCLOSURE STATEMENT, SOLICITATION PROCEDURES, AND PLAN, (III) APPROVING FORM, MANNER, AND SUFFICIENCY OF NOTICE OF COMBINED HEARING, AND (IV) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through and including four

(4), is hereby ORDERED.

Dated: _____July 22_____, 2011        _____
                                        UNITED STATES BANKRUPTCY JUDGE
                                        M. STERN

Debtor:            G&S Livingston Realty, Inc.
Bankr. Case No.:   11-31751
Caption of Order:  Order Granting Debtor's Application for Order To Shorten Notice On
                   Debtor's Motion For an Order (I) Scheduling Combined Hearing on
                   Adequacy of Disclosure Statement and Prepetition Solicitation Procedures
                   and Confirmation of Plan, (II) Establishing Procedures for Objecting To
                   Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving
                   Form, Manner, and Sufficiency of Notice of Combined Hearing and (IV)
                   Granting Related Relief.

**UPON CONSIDERATION** of the Debtor's Application for an Order To Shorten Notice

(the "Application To Shorten Notice")[1] to be heard on the motion (the "Motion") before the

Bankruptcy Court for entry of an order under sections 105, 1126(b), and 1128 of title 11 of the

United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 3018, 3020, and 9006(c) of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) scheduling a combined

hearing (the "Combined Hearing") to consider approval of the adequacy of the Disclosure

Statement ("Disclosure Statement") Relating to the Debtor's Prepackaged Plan of

Reorganization under Chapter 11 of the Bankruptcy Code (the "Plan"), confirmation of the Plan,

and adequacy of the solicitation procedures (the "Solicitation Procedures") utilized in connection

with the prepetition solicitation of votes to accept or reject the Plan, (b) establishing procedures

for objecting to the Disclosure Statement, the Plan, and the Solicitation Procedures, (c)

approving the form, manner, and sufficiency of notice of the Combined Hearing and the Bar

Dates, and (d) granting related relief ; and the Court having considered the Application and for

cause shown;

It is hereby **ORDERED** as follows:

1.      The time period required by Local Bankruptcy Rule 9013-1 or Fed. R. Bankr. P. 2002 or

other rule for notice of hearing on the Debtor's Motion is hereby shortened as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

Debtor:                 G&S Livingston Realty, Inc.
Bankr. Case No.:        11-31751
Caption of Order:       Order Granting Debtor's Application for Order To Shorten Notice On
                        Debtor's Motion For an Order (I) Scheduling Combined Hearing on
                        Adequacy of Disclosure Statement and Prepetition Solicitation Procedures
                        and Confirmation of Plan, (II) Establishing Procedures for Objecting To
                        Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving
                        Form, Manner, and Sufficiency of Notice of Combined Hearing and (IV)
                        Granting Related Relief.

2.      The Hearing shall be conducted on the aforesaid motion/application on a hearing will be

held  on  **August** _10_ **2011** at _10_ :00 _A_ .m. **Eastern Time**, before the Honorable

_MORRIS STERN_ , United States Bankruptcy Judge, at the United States Bankruptcy

Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street,

Newark, New Jersey 07102, _COURTROOM 3A_ .

3.      True copies of this order, the application for it, and the moving papers shall be served

upon the top 20 unsecured creditors, the U.S. Trustee and all other parties who have filed notices

of appearance and request for service of papers, by:

    ☐ fax,                    ☑ overnight mail,

    ☐ email,                  ☐ hand delivery,

    ☐ regular mail,

and within

    ☑ _1_ day(s) of the date hereof, or

    ☐ on the same date as the order.

3

Debtor:            G&S Livingston Realty, Inc.
Bankr. Case No.:   11-31751
Caption of Order:  Order Granting Debtor's Application for Order To Shorten Notice On
                   Debtor's Motion For an Order (I) Scheduling Combined Hearing on
                   Adequacy of Disclosure Statement and Prepetition Solicitation Procedures
                   and Confirmation of Plan, (II) Establishing Procedures for Objecting To
                   Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving
                   Form, Manner, and Sufficiency of Notice of Combined Hearing and (IV)
                   Granting Related Relief.

4.    ☑ Immediate telephone notice of entry of this order shall also be given to the following

parties: *UST AND SECURED CREDITOR(S).*

5.    Any objections to said motion/application:

      ☑ shall be filed and served so as to be received no later than *8/8/11 AT NOON*

      ☐ may be presented at the hearing.

4

Debtor:            G&S Livingston Realty, Inc.
Bankr. Case No.:   11-31751
Caption of Order:  Order Granting Debtor's Application for Order To Shorten Notice On
                   Debtor's Motion For an Order (I) Scheduling Combined Hearing on
                   Adequacy of Disclosure Statement and Prepetition Solicitation Procedures
                   and Confirmation of Plan, (II) Establishing Procedures for Objecting To
                   Disclosure Statement, Solicitation Procedures, and Plan, (III) Approving
                   Form, Manner, and Sufficiency of Notice of Combined Hearing and (IV)
                   Granting Related Relief.

6.   ☑   Court appearances will be required to prosecute said motion/application and any

         objections.

     ☐   Any objector may appear by telephone at the hearing.

     ☐   The hearing will be held by telephone conference call, to be arranged by the

         applicant.

5